NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISTEFANO PATENT TRUST III, LLC,**
*Plaintiff-Appellant*

**v.**

**LINKEDIN CORPORATION,**
*Defendant-Appellee*

---

2019-1210

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01798-LPS-CJB, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

MEREDITH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for plaintiff-appellant. Also represented by SCOTT D. PAUL, Cuenot, Forsythe & Kim, LLC, Wellington, FL.

ROBERT TODD CRUZEN, Klarquist Sparkman, LLP, Portland, OR, argued for defendant-appellee. Also represented by SARAH ELISABETH JELSEMA, ANDREW M. MASON, TODD M. SIEGEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2019   /s/ Peter R. Marksteiner
    Date       Peter R. Marksteiner
             Clerk of Court